UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MG Advance,

　　　　-v.-

Bistro N.Y.
----------------------------------------X

06 Civ. 2354 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/09

Please be advised that the conference scheduled for 5/13/09 has been rescheduled to 6/3/09 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
　　　　5/11/09

_____
ROBERT W. SWEET
United States District Judge